Certificate Number: 17082-FLS-CC-035136655



17082-FLS-CC-035136655

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 1, 2020, at 1:09 o'clock PM MST, MANUEL LOIS RODRIGUEZ received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   December 1, 2020            By:   /s/Rita Duarte

                                    Name: Rita Duarte

                                    Title: Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).