UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: <u>Manuel Lois Rodriguez</u>                                                                    Case # <u>21-10749-RAM</u>

### **TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.

\_\_ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
\_\_ Fee application needed (see court guideline 6)
\_\_ Ch 7 is $_____ may increase as documents not provided ☐ Tax refund ☐ Valuations ☐ Other
\_\_ Good faith payment to unsecured creditors
\_\_ Income understated per debtor's stubs $_____ taxes $_____ co-debtor stubs $_____ taxes $_____
✓ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
\_\_ Spouse's pay advices
\_\_ Schedule J Expenses objectionable: ☐ Provide Proof line _____ ☐ Line _____
_____ ☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
\_\_ Expenses: documentation/calculation: CMI line _____
_____
_____
\_\_ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $_____
_____ ☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____)
☐ Feasibility or ☐ plan payments reduce month _____ or ☐ balloon payment
\_\_ Plan does not conform to Applicable Commitment Period < 36 months< 60 months
\_\_ Info on transfer SOFA _____ undisclosed _____ ☐ provide Tolling Agreement(s)
Other: What happened to assets of closed business (SOFA # 27). Amend Sch B to
include accurate value of bank account at time of filing. Explanation of
check # 112. Is debtor married (CMI/Sch J) are inconsistent —
_____
_____
_____
_____

☐ Plan includes 100% Language

<u>On or before 5 pm on</u> **APR 2 3 2021** , **all documents/explanations with documented back up must be received/filed to avoid dismissal.** If documents are not timely filed/received by the trustee, the trustee may seek dismissal of this case. ***IMPORTANT NOTICE:*** *The debtor or debtor's attorney must appear at the confirmation hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. ***Attorneys must upload all documents to Trustee through 13Documents.com.***

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM ONE BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO RESOLVE ALL OUTSTANDING ISSUES.***
I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Manuel L. Rodriguez                                                                    Case # 21-10749  RAM

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 3/5/21

✓ Tax returns: 2020                          ✓ Corporate Tax Returns: 2019-2020

   Photo ID/SS card - Legible/Unredacted      ✓ LF 90          ✓ LF 67        LF 10

   Plan does not fund properly

   Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

   Attorney fee itemization or Fee Application needed (see court guideline 6)

✓ 2016(B), SOFA #16 and Plan do not match          Missing signed copy of the Attorney's Declaration

   Other provisions:  ✓IVL            100%      Lawsuit      Gambling      MMM

   Reaffirm, redeem or surrender Sch D or G creditor:

   MMM Motion not filed  ✓ Valuation motion not filed                Lien Avoidance motion not filed

   Priority debt on  Schedule E not in plan:

   Creditor in Plan is not listed in Schedules or has not filed a POC:

   Creditor paid through the Plan has not filed a POC:

   Object or Conform to Proof of Claim:    Miami-Dade County      Tax Certificate (DE#    )      Dept of Revenue

        IRS

✓ OTHER PLAN ISSUES: Plan pays up to month 36 and secured creditor under valuation section up to month 60.

   Amend section III. B2-1. creditor address to match poc #1 Santander and correct total paid in plan amount.
   Amend section VIII. to check "none" box.


   Real Estate FMV and Payoff:

   Non-Homestead Information Sheet:

✓ Vehicles FMV (NADA/Carmax), Reg and Payoff:  99 Kawasaki & 90 Mixer

   Other:

✓ Bank Account Statements      3 months pre-petition  #4706 (10/28-10/31)


✓ Copy of check(s) and/or explanation: 11/9 #23161 $3000

   Explanation of withdrawal(s):

   401K/Retirement/Pension                Annuity                      Life Insurance Policy

   Domestic Support Obligation form complete with info: name, address and phone

✓ Wage deduction order or Motion to waive

   BDQ & attachments            Profit/loss      Balance Sheet

   Business Bank statements and checks      3 months pre-petition


   Affidavit of support

   Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

**\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\***