UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No.: 21-10749-RAM
Chapter 13

MANUEL LOIS RODRIGUEZ

        Debtor
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that TIMOTHY S. TAYLOR of the law firm of TAYLOR ESPINO VEGA TOURON, PLLC, 201 Alhambra Circle, Suite 801, Coral Gables, FL 33134, hereby gives notice of appearance as counsel for the Creditor, South Florida Concrete and Ready Mix, Inc., in the above-styled matter. All parties are requested to forward copies of all pleadings, notices, and correspondence to undersigned counsel.

DATED this **8th** day of April, 2021.

        Respectfully submitted,

        TAYLOR ESPINO VEGA TOURON, PLLC
        *Attorneys for Creditor*
        ***South Florida Concrete and Ready Mix, Inc.***
        201 Alhambra Circle, Suite 801
        Coral Gables, Florida 33134
        Telephone: (305) 443-2043
        Facsimile: (305) 443-2048

        By: /s/Timothy S. Taylor
            TIMOTHY S. TAYLOR
            Florida Bar No. 545015
            Email: ttaylor@tevtlaw.com
                   vperez@tevtlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 8, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court, Southern District of Florida by using the CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/Timothy S. Taylor_____<br>
TIMOTHY S. TAYLOR<br>
Florida Bar No. 545015

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Carreras Medical Center
45 W 17th Street
Hialeah, FL 33010

Chase Bank
PO Box 15298
Wilmington, DE 19850-5298

FMA Alliance, LTD
PO Box 2409
Houston, TX 77252-2409

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Job Mix Concrete, Inc.
7301 NW 47th Street
Miami, FL 33166

Job Mix, Inc.
c/o Meghan E Wood, Esq.
The Barthet Firm
200 S Biscayne Boulevard, Suite 1800
Miami, FL 33131

United Collection Bureau Inc.
5620 Southwyck Boulevard #206
Toledo, OH 43614

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Regions Bank
600 E 9th Street
Hialeah, FL 33010

Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0633

3