UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Manuel Lois Rodriguez      Case No. 21-10749-RAM
    Debtor(s).      Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value and

Determine Secured Status and Notice of Hearing was sent to all parties on the attached

service list on April 13, 2021.

Electronically: Nancy K. Neidich, Trustee

**CERTIFIED MAIL:**
Santander Bank, N.A.
c/o Timothy H. Wennes, CEO
824 North Market Street, Suite 100
Wilmington, DE 19801

First Class Mail:
Debtor(s), Manuel Lois Rodriguez
249 S Royal Poinciana Boulevard #204
Miami Springs, FL 33166-6148

Santander Consumer USA, Inc
8585 N STEMMONS, SUITE 1100 -N
DALLAS TX 75247

Santander Consumer USA, Inc
c/o Registered Agent C T
CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION FL 33324 US

Santander Consumer, USA, Inc 9/2019
c/o Timothy H. Wennes, CEO
1601 Elm Street, Suite 800
DALLAS, TX 75201

Santander Consumer USA Inc.
c/o Abel Marin, Bk Rep.
P.O. Box 961245
Fort Worth, TX 76161-1245

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street

Hialeah, FL 33012
Tel. 305-687-8008
By:*/s/ Robert Sanchez*_____
 Robert Sanchez, Esq., FBN#0442161