# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

- [ ] _____ Original Plan
- [x] FIFTH _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- [ ] _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Manuel Lois Rodriguez        JOINT DEBTOR: _____        CASE NO.: 21-10749-RAM

SS#: xxx-xx- 0510                    SS#: xxx-xx-_____

## I.  NOTICES

**To Debtors:**  Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:**  Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:**  The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | [x] Included | [ ] Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | [x] Included | [ ] Not included |
| Nonstandard provisions, set out in Section IX | [ ] Included | [x] Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

  1.  $378.54_____ for months __1__ to __36__ ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**  [ ] NONE  [ ] PRO BONO

| | | | | |
|---|---|---|---|---|
| Total Fees: | $5,700.00 | Total Paid: | $690.00 | Balance Due: $5,010.00 |

Payable    $340.68_____ /month (Months __1__ to __14__ )

Payable    $240.48_____ /month (Months __15__ to __15__ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4500 Attorneys Fees + $525 Motion to Value + $525 Motion to Avoid + $150 Cost = $5700

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS  [ ] NONE

**A.  SECURED CLAIMS:**  [x] NONE

**B.  VALUATION OF COLLATERAL:**  [ ] NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

  **1.  REAL PROPERTY:** [x] NONE

  **2.  VEHICLES(S):** [ ] NONE

Debtor(s): Manuel Lois Rodriguez _____  Case number: 21-10749-RAM

| 1. Creditor: Santander Consumer USA | Value of Collateral: $5,000.00 | **Payment** |
|---|---|---|
| Address: POB 961245 Ft. Worth, TX 76161-1245 | Amount of Creditor's Lien: $5,000.00 | Total paid in plan: $5,254.47 |
| Last 4 Digits of Account No.: 7414 | Interest Rate: 3.25% | $100.20 /month (Months 15 to 15 ) |
| VIN: 3GNAL3EKXES642563 | | $245.45 /month (Months 16 to 36 ) |
| Description of Collateral: 2014 Chevrolet Captiva | | |

Check one below:

☑ Claim incurred 910 days or more pre-petition

☐ Claim incurred less than 910 days pre-petition

**3. PERSONAL PROPERTY:** ☑ NONE

**C. LIEN AVOIDANCE** ☐ NONE

☑ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

| 1. Creditor: South Florida Concrete and Ready Mix, Inc. | Collateral: All personal property of Debtor |
|---|---|
| Address: c/o Timothy S. Taylor Taylor Espino Vega & Touron, PLLC 201 Alhambra Circle, Suite 801 Coral Gables, FL 33134 | 11 U.S.C. § 522(f); Fla. Stat. Ann. §§ 222.25(4); 222.25(1); Fla. Const. art. X, § 4(a) Exemption: (2) |
| Last 4 Digits of Account No.: 0718 | |

**D. SURRENDER OF COLLATERAL:** ☑ NONE

**E. DIRECT PAYMENTS** ☑ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☑ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

A. Pay $0.00 /month (Months 1 to 15 )

Pay $95.24 /month (Months 16 to 36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED: ☑ NONE

**VI. STUDENT LOAN PROGRAM** ☑ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☑ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☑ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☑ NONE

LF-31 (rev. 06/04/21)

Debtor(s): Manuel Lois Rodriguez                    Case number: 21-10749-RAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | | |
|---|---|---|---|
| _____ Debtor | _____ | _____ Joint Debtor | _____ |
| Manuel Lois Rodriguez | Date | | Date |

/s/ Jose A. Blanco, Esq.            August 24, 2021
Attorney with permission to sign on            Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 06/04/21)