UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  )
                                        )
**Manuel Lois Rodriguez**               )    CASE NO. 21-10749-RAM
                                        )
                                        )    CHAPTER 13
                                        )
            DEBTOR(S).                  )

**NOTICE OF CHANGE OF ADDRESS**

**COMES NOW,** undersigned counsel and files this Notice of Change of Address for the Debtor's Attorney and states the following:

The undersigned counsel's new address is:

**JOSE A. BLANCO, P.A.**
**102 E 49th ST,**
**Hialeah, FL 33013**

CERTIFICATE OF SERVICE

I hereby certify that on _September 7, 2021, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court using the ECF which will send notification of such filing to the following: AUST, 51 SW 1st Ave, Miami, FL 33130, Nancy K. Neidich, PO Box 279806, Hollywood, FL 33027; Manuel Lois Rodriguez,  , 249 S Royal Poinciana Boulevard #204, Miami Springs, FL 33166-6148 and to all parties on the mailing matrix.

DATE:  September 7, 2021

Respectfully Submitted:

/s/ Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013-1853
Tel: (305) 349-3463
Fax: (786) 567-5057